UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| NICHOLE BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 2:17-cv-00266-NT |
| | ) | |
| FIZZ LLC, d/b/a VENA'S FIZZ HOUSE, | ) | |
| STEVE CORMAN, AND | ) | |
| JOHANNA CORMAN, | ) | |
| | ) | |
| Defendants | ) | |

### STIPULATION OF VOLUNTARY
### DISMISSAL WITH PREJUDICE

Pursuant to the provisions of F.R. Civ. P. 41(a)(1)(ii), Plaintiff, Nichole Bailey, and Defendants, Fizz LLC, d/b/a Vena's Fizz House, Steve Corman and Johanna Corman, by their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of Plaintiff's action with prejudice.  Both parties waive all rights of appeal, and each party will bear its own costs.

SO STIPULATED AND AGREED.

/s/ Rebecca S. Webber
Rebecca S. Webber, Esq.
Attorney for Plaintiff
SKELTON TAINTOR & ABBOTT
95 Main Street
Auburn, ME  04210
(207) 784-4563

DATED:   October 26, 2017

/s/ Shiloh D. Theberge
Shiloh D. Theberge
Attorney for Defendants
Littler Mendelson
One Monument Square, 6th Fl.
Portland, ME 04101
207-774-6001
STheberge@littler.com

DATED:   October 26, 2017

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 26, 2017, I electronically filed a Stipulation of Voluntary Dismissal with prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following registered attorneys of record.

    I have mailed by United States Postal Service, the documents(s) to the following non-registered participants:  N/A.

 

/s/ Rebecca S. Webber
Rebecca S. Webber, Esq.
Attorney for Plaintiff
SKELTON TAINTOR & ABBOTT
95 Main Street
Auburn, ME  04210
(207) 784-4563

Date: October 26, 2017